IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:23-cr-22-RJC-DSC |
| | ) | |
| v. | ) | **FACTUAL BASIS** |
| | ) | |
| BRANDON JERMAINE REID | ) | |
| | ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. From in or about September 2018 until in or about May 2022, Brandon Jermaine Reid (Defendant) was not a licensed dealer of firearms within the meaning of Chapter 44, Title 18, of the United States Code.

2. While unlicensed to deal firearms, Defendant engaged in the business of devoting time, attention, and labor to selling firearms within the Western District of North Carolina, including Mecklenburg and Gaston counties, with the principal objective of livelihood and profit through sale or distribution, in violation of 18 U.S.C. § 922 and as further defined in § 921.

3. Defendant admits that he was involved in the sell and/or distribution of between 100-199 firearms.

DENA J. KING
UNITED STATES ATTORNEY

DAVID W. KELLY
ASSISTANT UNITED STATES ATTORNEY

Authority, Signature, and Acknowledgment of the Defendant

I, Brandon Jermaine Reid, have read this Factual Basis and have discussed it with my attorney. The facts outlined herein accurately describe the events and circumstances surrounding my offense and I admit that there is a factual basis for each element of the offense to which I am pleading guilty. I fully understand the contents of this Factual Basis, agree not to object to any fact set forth herein unless that objection is explicitly reserved in this document, and am entering my guilty plea pursuant to this Factual Basis knowingly and voluntarily.

Brandon Jermaine Reid, Defendant

DATED: 2-9-23

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Information, and the Plea Agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Information, and the Plea Agreement. I hereby certify that the defendant does not dispute this Factual Basis.

Christopher M. Young, Attorney for Defendant

DATED: 2-9-2023